# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI TURGEON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-1639 W (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |

　　　Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 11] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.  In light of the dismissal, Defendant's motion to dismiss [Doc. 8] is **TERMINATED** as moot.

　　　**IT IS SO ORDERED**.

Dated:  January 5, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge